**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re:  RAVAGO, JOSEPH SHUN

§   Case No. 12-40469
§
§
§

                    Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 10/11/2012. The undersigned trustee was appointed on 10/11/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of                    $            20,000.00

          Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 419.00 |
| Bank service fees | 68.62 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

          Leaving a balance on hand of[1]          $            19,512.38

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/09/2013 and the deadline for filing governmental claims was 05/09/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,750.00, for a total compensation of $2,750.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $243.22 for total expenses of $243.22[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/12/2016            By: /s/ Deborah Ebner
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

_____
[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page:        3

**Case No.:**    12-40469
**Case Name:**    RAVAGO, JOSEPH SHUN

**For Period Ending:**    02/12/2016

**Trustee Name:**    (330480) Deborah Ebner
**Date Filed (f) or Converted (c):**  10/11/2012 (f)
**§ 341(a) Meeting Date:**  12/05/2012
**Claims Bar Date:**  05/09/2013

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 9404 North Oliphant, Morton Grove, IL 60053 | 231,896.00 | 0.00 | OA | 0.00 | FA |
| 2 | Cash on hand (approx.) | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Citibank checking account (approx.) | 90.00 | 0.00 | | 0.00 | FA |
| 4 | Harris Bank checking account #XXXXXX3575 (approx | 10.00 | 0.00 | | 0.00 | FA |
| 5 | Indiana University Credit Union checking account | 5.00 | 0.00 | | 0.00 | FA |
| 6 | Custodial Savings Account for Alexander Joseph R | 249.00 | 0.00 | | 0.00 | FA |
| 7 | Miscellaneous household goods (approx.) | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | Necessary wearing apparel (approx.) | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | Watch (approx.) | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Bicycle (approx.) | 500.00 | 0.00 | | 0.00 | FA |
| 11 | Lincoln Benefit Insurance Policy No. XXXXXXX1762 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | AIG Life Insurance Policy No. XXXXXXX2848 | 0.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page:        4

**Case No.:**   12-40469

**Case Name:**   RAVAGO, JOSEPH SHUN

**For Period Ending:**    02/12/2016

**Trustee Name:**      (330480) Deborah Ebner

**Date Filed (f) or Converted (c):**   10/11/2012 (f)

**§ 341(a) Meeting Date:**   12/05/2012

**Claims Bar Date:**   05/09/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13* | Interests in an education IRA as defined in 26 U<br>Not on current schedules (See Footnote) | 3,068.85 | 0.00 | | 0.00 | FA |
| 14 | Joseph Shun Ravago d/b/a Ravago & Associates LLC (sole member)<br>Not on current schedules | 18,573.47 | 20,000.00 | | 20,000.00 | FA |
| 15 | Law & RE Broker Licenses, CPA & Loan Officer Certifications | 0.00 | 0.00 | | 0.00 | FA |
| 16* | Seven Realty, Inc. (sole shareholder) (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 17 | 1999 Honda Prelude - 195,000 miles (approx.) | 3,056.00 | 656.00 | | 0.00 | FA |
| 18 | MB Financial Checking Account (approx.) (u) | 375.00 | 0.00 | | 0.00 | FA |
| 19 | Joseph S. Ravago Revocable Living Trust (u) | 0.00 | 0.00 | | 0.00 | FA |
| 20 | VOID<br>DUPLICATE ASSET | VOID | VOID | VOID | VOID | VOID |
| 21 | VOID<br>DUPLICATE ASSET | VOID | VOID | VOID | VOID | VOID |
| 22 | VOID<br>DUPLICATE ASSET | VOID | VOID | VOID | VOID | VOID |

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page:       5

Case No.:   12-40469

Case Name:   RAVAGO, JOSEPH SHUN

For Period Ending:   02/12/2016

Trustee Name:   (330480) Deborah Ebner

Date Filed (f) or Converted (c):   10/11/2012 (f)

§ 341(a) Meeting Date:   12/05/2012

Claims Bar Date:   05/09/2013

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23 | VOID (u) DUPLICATE ASSET | VOID | VOID | VOID | VOID | VOID |
| 24 | VOID DUPLICATE ASSET | VOID | VOID | VOID | VOID | VOID |
| 25 | VOID (u) DUPLICATE ASSET | VOID | VOID | VOID | VOID | VOID |
| 26 | VOID DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 27 | VOID DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 28 | VOID DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 29 | VOID DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 30 | VOID DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 31 | ING Life Term Insurance Policy No. XXXXXXX7036 ( (u) DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page:        6

**Case No.:**     12-40469

**Case Name:**    RAVAGO, JOSEPH SHUN

**For Period Ending:**    02/12/2016

**Trustee Name:**    (330480) Deborah Ebner

**Date Filed (f) or Converted (c):**   10/11/2012 (f)

**§ 341(a) Meeting Date:**   12/05/2012

**Claims Bar Date:**   05/09/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 32 | Ravago & Associates LLC (dissolved; sole member) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 33 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 34 | VOID<br>DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 35 | VOID<br>DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 36 | VOID<br>DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| | **Assets        Totals**     (Excluding unknown values) | **$261,223.32** | **$20,656.00** | | **$20,000.00** | **$0.00** |

RE PROP# 13      Citibank Simplified Employee Pension

RE PROP# 16      Seven Realty Inc. (sole shareholder)

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page:      7

**Case No.:**   12-40469

**Case Name:**   RAVAGO, JOSEPH SHUN

**For Period Ending:**   02/12/2016

**Trustee Name:**   (330480) Deborah Ebner

**Date Filed (f) or Converted (c):**  10/11/2012 (f)

**§ 341(a) Meeting Date:**   12/05/2012

**Claims Bar Date:**  05/09/2013

**Major Activities Affecting Case Closing:**

On October 24, 2015, - Debtor issued payment to Trustee in the amount of $20,000.00, which amount was due no later than October 2015. Funds were deposited. Trustee has moved to retain an accountant, since the estate is obligated to pay taxes on the referenced deposit, and this case will be promptly closed.
6/22/15 email to atty to check status of payment likelihood
2/22/15 email to atty to check status of payment likelihood

**Initial Projected Date Of Final Report (TFR):**      12/31/2018

**Current Projected Date Of Final Report (TFR):**      01/28/2016

**UST Form 101-7-TFR (5/1/2011)**

Exhibit B

# Form 2

Page:     8

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 12-40469 |
| **Case Name:** | RAVAGO, JOSEPH SHUN |
| **Taxpayer ID #:** | **-***2040 |
| **For Period Ending:** | 02/12/2016 |

| | |
|---|---|
| **Trustee Name:** | Deborah Ebner (330480) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******1866 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/24/2015 | {14} | Christopher S. Bern | | 1129-000 | 20,000.00 | | 20,000.00 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 19,990.00 |
| 11/17/2015 | 101 | Department of Treasury | | 2810-000 | | 86.00 | 19,904.00 |
| 11/17/2015 | 102 | Illinois Department of Revenue | | 2810-000 | | 333.00 | 19,571.00 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.70 | 19,543.30 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.92 | 19,512.38 |
| | | COLUMN TOTALS | | | 20,000.00 | 487.62 | $19,512.38 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 20,000.00 | 487.62 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $20,000.00 | $487.62 | |

{} Asset Reference(s)      **UST Form 101-7-TFR (5/1/2011)**                                          *! - transaction has not been cleared*

**Exhibit B**

# Form 2

Page:  9

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 12-40469 | **Trustee Name:** | Deborah Ebner (330480) |
| **Case Name:** | RAVAGO, JOSEPH SHUN | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***2040 | **Account #:** | ******1866 Checking Account |
| **For Period Ending:** | 02/12/2016 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1866 Checking Account | $20,000.00 | $487.62 | $19,512.38 |
| | **$20,000.00** | **$487.62** | **$19,512.38** |

UST Form 101-7-TFR (5/1/2011)

**Exhibit C**

# Analysis of Claims Register

**Case: 12-40469**                    **JOSEPH SHUN RAVAGO**

Claims Bar Date: 05/09/13

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN | Deborah K. Ebner, ESQ. 11 East Adams Suite 904 Chicago, IL 60603 <3110-000 Attorney for Trustee Fees (Trustee Firm)> , 200 | Administrative 10/11/12 | | $6,083.00 $6,083.00 | $0.00 | $6,083.00 |
| ADMIN | Popowcer Katten 35 East Wacker Drive Suite 1550 Chicago, IL 60601 <3410-000 Accountant for Trustee Fees (Other Firm)> , 200 | Administrative 10/11/12 | | $950.00 $950.00 | $0.00 | $950.00 |
| FEE | DEBORAH K. EBNER, Trustee 11 EAST ADAMS STREET SUITE 904 CHICAGO, IL 60603 <2100-000 Trustee Compensation> , 200 | Administrative 10/11/12 | | $2,750.00 $2,750.00 | $0.00 | $2,750.00 |
| IDORA DMI | Illinois Department of Revenue PO Box 19053 Springfield, IL 62794-9053 <2810-000 Income Taxes - Internal Revenue Service (post-petition)> , 200 | Administrative 10/11/12 | | $333.00 $333.00 | $333.00 | $0.00 |
| IRSAD MIN | Department of Treasury Internal Revenue Service Center Cincinnati, OH 45999-0148 <2810-000 Income Taxes - Internal Revenue Service (post-petition)> , 200 | Administrative 10/11/12 | | $86.00 $86.00 | $86.00 | $0.00 |
| TE | DEBORAH K. EBNER, Trustee 11 EAST ADAMS STREET SUITE 904 CHICAGO, IL 60603 <2200-000 Trustee Expenses> , 200 | Administrative 01/19/16 | | $243.22 $243.22 | $0.00 | $243.22 |
| 2P | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority 02/22/13 | | $2,584.24 $2,584.24 | $0.00 | $2,584.24 |

**Exhibit C**

## Analysis of Claims Register

Case: 12-40469                                JOSEPH SHUN RAVAGO

Claims Bar Date: 05/09/13

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9P-3 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>11/12/13 | | $48,514.34<br>$48,514.34 | $0.00 | $48,514.34 |
| 1 -2 | Albany Bank & Trust Company N.A.<br>Brenda Porter Helms<br>3400 W. Lawrence Ave<br>Chicago, IL 60625<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/11/13 | | $246,240.98<br>$246,240.98 | $0.00 | $246,240.98 |
| | MEMO: 12/17/2015 Amendment 1-2 imported by LIZ. Amendment was filed on 10-31-13. 2/11/2013 Claim #1 filed by Albany Bank & Trust Company N.A., Amount claimed: $492481.96. | | | | | |
| 2U | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/22/13 | | $10,447.60<br>$10,447.60 | $0.00 | $10,447.60 |
| 3 | BMW Bank of North America, Inc<br>Ascension Capital Group<br>P.O. Box 201347<br>Arlington, TX 76006<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/04/13 | | $4,927.54<br>$4,927.54 | $0.00 | $4,927.54 |
| 4 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/13/13 | | $4,913.96<br>$4,913.96 | $0.00 | $4,913.96 |
| 5 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/13/13 | | $394.90<br>$394.90 | $0.00 | $394.90 |

UST Form 101-7-TFR (5/1/2011)

**Exhibit C**

## Analysis of Claims Register

**Case: 12-40469**                    **JOSEPH SHUN RAVAGO**

Claims Bar Date: 05/09/13

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | Howard & Howard Attorneys PLLC assignee Defrees & Fiske, LLC,Scott M. Levin, of Howard & Howard Att,200 S. Mic Chicago, IL 60604-2461 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/25/13 | | $96,407.37 $96,407.37 | $0.00 | $96,407.37 |
| 7 | PYOD, LLC its successors and assigns as assignee of Roundup Funding L.L.C. Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 05/06/13 | | $6,918.87 $6,918.87 | $0.00 | $6,918.87 |
| 8 | Dell Financial Services, LLC Resurgent Capital Services PO Box 10390 Greenville, SC 29603-0390 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 05/07/13 | | $1,379.32 $1,379.32 | $0.00 | $1,379.32 |
| 9U-3 | INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19101 <7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims> , 620 | Unsecured 11/12/13 | | $41,152.01 $41,152.01 | $0.00 | $41,152.01 |
| | Amended claim filed by IRS on 1-7-16 (late filed claim subject to government exception). | | | | | |
| | | | **Case Total:** | | **$419.00** | **$473,907.35** |

UST Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 12-40469
Case Name: JOSEPH SHUN RAVAGO
Trustee Name: Deborah Ebner

**Balance on hand:**     $                    19,512.38

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | None | | | | |

Total to be paid to secured creditors:     $              0.00
Remaining balance:     $         19,512.38

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER, Trustee | 2,750.00 | 0.00 | 2,750.00 |
| Trustee, Expenses - DEBORAH K. EBNER, Trustee | 243.22 | 0.00 | 243.22 |
| Attorney for Trustee Fees - Deborah K. Ebner, ESQ. | 6,083.00 | 0.00 | 6,083.00 |
| Income Taxes - Internal Revenue Service (post-petition) - Illinois Department of Revenue | 333.00 | 333.00 | 0.00 |
| Income Taxes - Internal Revenue Service (post-petition) - Department of Treasury | 86.00 | 86.00 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - Popowcer Katten | 950.00 | 0.00 | 950.00 |

Total to be paid for chapter 7 administrative expenses:     $         10,026.22
Remaining balance:     $          9,486.16

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:     $              0.00
Remaining balance:     $          9,486.16

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $51,098.58 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Illinois Department of Revenue | 2,584.24 | 0.00 | 479.75 |
| 9P-3 | INTERNAL REVENUE SERVICE | 48,514.34 | 0.00 | 9,006.41 |

Total to be paid for priority claims:    $ 9,486.16
Remaining balance:    $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $371,630.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -2 | Albany Bank & Trust Company N.A. | 246,240.98 | 0.00 | 0.00 |
| 2U | Illinois Department of Revenue | 10,447.60 | 0.00 | 0.00 |
| 3 | BMW Bank of North America, Inc | 4,927.54 | 0.00 | 0.00 |
| 4 | Capital One Bank (USA), N.A. | 4,913.96 | 0.00 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 394.90 | 0.00 | 0.00 |
| 6 | Howard & Howard Attorneys PLLC | 96,407.37 | 0.00 | 0.00 |
| 7 | PYOD, LLC its successors and assigns as assignee | 6,918.87 | 0.00 | 0.00 |
| 8 | Dell Financial Services, LLC | 1,379.32 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:    $ 0.00
Remaining balance:    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $41,152.01 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9U-3 | INTERNAL REVENUE SERVICE | 41,152.01 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims:    $ 0.00
Remaining balance:    $ 0.00

UST Form 101-7-TFR(5/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims:  $                0.00

Remaining balance:                             $                0.00

**UST Form 101-7-TFR(5/1/2011)**