**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: RAVAGO, JOSEPH SHUN  §  Case No. 12-40469
§
§
§
Debtor(s)

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>Deborah Ebner</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk, US Bankruptcy Court
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/24/2016 in Courtroom 644, United States Courthouse Courthouse, 219 S. Dearborn St., Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: <u>02/19/2016</u>   By: /s/ /s/ Deborah K. Ebner
                                   Trustee

Deborah Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: RAVAGO, JOSEPH SHUN   §   Case No. 12-40469
§
§
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of :* | $ 20,000.00 |
| *and approved disbursements of:* | $ 487.62 |
| *leaving a balance on hand of[1]:* | $ 19,512.38 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 19,512.38 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - DEBORAH K. EBNER, Trustee | 2,750.00 | 0.00 | 2,750.00 |
| Trustee, Expenses - DEBORAH K. EBNER, Trustee | 243.22 | 0.00 | 243.22 |
| Attorney for Trustee Fees - Deborah K. Ebner, ESQ. | 6,083.00 | 0.00 | 6,083.00 |
| Accountant for Trustee Fees (Other Firm) - Popowcer Katten | 950.00 | 0.00 | 950.00 |
| Income Taxes - Internal Revenue Service (post-petition) - Illinois Department of Revenue | 333.00 | 333.00 | 0.00 |
| Income Taxes - Internal Revenue Service (post-petition) - Department of Treasury | 86.00 | 86.00 | 0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for chapter 7 administrative expenses: | $ | 10,026.22 |
|---|---|---|---|
|  | Remaining balance: | $ | 9,486.16 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 9,486.16 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $51,098.58 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Illinois Department of Revenue | 2,584.24 | 0.00 | 479.75 |
| 9P-3 | INTERNAL REVENUE SERVICE | 48,514.34 | 0.00 | 9,006.41 |

|  | Total to be paid for priority claims: | $ | 9,486.16 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $371,630.54 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -2 | Albany Bank & Trust Company N.A. | 246,240.98 | 0.00 | 0.00 |
| 2U | Illinois Department of Revenue | 10,447.60 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3 | BMW Bank of North America, Inc | 4,927.54 | 0.00 | 0.00 |
| 4 | Capital One Bank (USA), N.A. | 4,913.96 | 0.00 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 394.90 | 0.00 | 0.00 |
| 6 | Howard & Howard Attorneys PLLC | 96,407.37 | 0.00 | 0.00 |
| 7 | PYOD, LLC its successors and assigns as assignee | 6,918.87 | 0.00 | 0.00 |
| 8 | Dell Financial Services, LLC | 1,379.32 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:    $    0.00
Remaining balance:    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $41,152.01 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 9U-3 | INTERNAL REVENUE SERVICE | 41,152.01 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims:    $    0.00
Remaining balance:    $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared by: /s/ /s/ Deborah K. Ebner
Trustee

Deborah Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                              Case No. 12-40469-PSH
Joseph Shun Ravago                                                  Chapter 7
          Debtor                      CERTIFICATE OF NOTICE
District/off: 0752-1          User: froman                 Page 1 of 2                  Date Rcvd: Feb 22, 2016
                              Form ID: pdf006              Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2016.
db            +Joseph Shun Ravago,     9404 North Oliphant,     Morton Grove, IL 60053-1048
19556903      +Albany Bank & Trust,     3400 West Lawrence Avenue,     Chicago, IL 60625-5188
20026644      +Albany Bank & Trust Company N.A.,     Brenda Porter Helms,     3400 W. Lawrence Ave,
                Chicago IL 60625-5104
19556904       American Express c/o FIA Card Servi,     c/o FIA Card Services,     P.O. Box 15726,
                Wilmington, DE 19886-5726
19594181      +BMW Bank of North America, Inc,     Ascension Capital Group,     BMW Bank of N America Inc Dept,
                P.O. Box 201347,    Arlington, TX 76006-1347
20122839      +BMW Bank of North America, Inc,     Ascension Capital Group,     P.O. Box 201347,
                Arlington, TX 76006-1347
19556905       Bank of America,    P.O. Box 9000,    Getzville, NY 14068-9000
19556906       Best Buy,   c/o HSBC Retail Services,     P.O. Box 5244,    Carol Stream, IL 60197-5244
19556907       Bloomingdales,    c/o Dept. Stores National Bank,     P.O. Box 183083,    Columbus, OH 43218-3083
19556920      ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,     OKLAHOMA CITY OK 73118-7901
               (address filed with court: T-Mobile,     PO Box 742596,    Cincinnati, OH 45274-2596)
19556909       Capital One Bank,    P.O. Box 60024,    City Of Industry, CA 91716-0024
20169171       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,     PO Box 71083,
                Charlotte, NC 28272-1083
19556910       Chase,   Cardmember Services,    P.O. Box 15153,     Wilmington, DE 19886-5153
19556911      +Chase (Washington Mutual),    P.O. Box 24696,    Columbus, OH 43224-0696
19556912      +Citibank,   P.O. Box 688903,    Des Moines, IA 50368-8903
19556913       Countrywide Home Loans,    P.O. Box 650070,    Dallas, TX 75265-0070
19556914       Credit One Bank,    c/o Bay Area Credit Service, LLC,     1901 W. 10th St.,
                Antioch, CA 94509-1380
19556916      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,      P.O. Box 6403,
                Carol Stream, IL 60197-6403)
19556915      +DeFrees & Fiske, LLC,    200 S. Michigan Avenue,     Suite 1100,   Chicago, IL 60604-2480
19793748      +Denise Sobilo,    c/o Julie Ann Boynton, Esq.,     33 North LaSalle St., Suite 1401,
                Chicago, IL 60602-2603
19556917       HomeQ Servicing,    P.O. Box 13716,    Sacramento, WA 98583
20228441       Howard & Howard Attorneys PLLC,     assignee Defrees & Fiske, LLC,
                Scott M. Levin, of Howard & Howard Att,     200 S. Michigan Avenue, Suite 1100,
                Chicago, IL 60604-2461
19556918       Key Bank,   AES Graduate & Professional Service,      Harrisburg, PA 17130-0001
19556919       Macy's,   c/o Dept. Stores National Bank,     P.O. Box 183083,    Columbus, OH 43218-3083
19675836      +Seven Realty Inc.,    5765 N. Lincoln Ave.,    Suite 18,    Chicago, IL 60659-4730
20083114      +Sunset Realty Inc.,    5765 N. Lincoln Ave.,    Suite 18,    Chicago, IL 60659-4730
19556921       Target National Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22543429      +E-mail/Text: bankruptcynotices@bmwfs.com Feb 23 2016 01:59:04     BMW Bank of North America,
                5550 Britton Parkway,    Hilliard, OH 43026-7456
19556908       E-mail/Text: bankruptcynotices@bmwfs.com Feb 23 2016 01:59:04     BMW Financial Services,
                Customer Services Department,    P.O. Box 78066,   Phoenix, AZ 85062-8066
19672020      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Feb 23 2016 02:35:35
                BMW Financial Services NA, LLC,    c/o Ascension Capital Group,   P.O. Box 201347,
                Arlington, TX 76006-1347
20092139       E-mail/Text: rev.bankruptcy@illinois.gov Feb 23 2016 01:58:18
                Illinois Department of Revenue,    100 W. Randolph Avenue,   Level 7-410,   Chicago, IL 60601
21204986      +E-mail/Text: cio.bncmail@irs.gov Feb 23 2016 01:57:30     INTERNAL REVENUE SERVICE,
                P.O. BOX 7346,   PHILADELPHIA, PA 19101-7346
20077500       E-mail/Text: rev.bankruptcy@illinois.gov Feb 23 2016 01:58:18
                Illinois Department of Revenue,    Bankruptcy Section,   P.O. Box 64338,
                Chicago, IL 60664-0338
20445122      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 23 2016 01:55:01
                PYOD, LLC its successors and assigns as assignee,    of Roundup Funding L.L.C.,
                Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20448428*    ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services, LLC,     Resurgent Capital Services,
               PO Box 10390,   Greenville, SC 29603-0390)
20092140*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,     Centralized Insolvency Operations,
               PO Box 21126,   Philadelphia, PA 19114)
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1           User: froman             Page 2 of 2            Date Rcvd: Feb 22, 2016
                               Form ID: pdf006         Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2016                                            Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2016 at the address(es) listed below:

```
          Ariel  Weissberg    on behalf of Debtor 1 Joseph Shun Ravago ariel@weissberglaw.com,
           Hava@weissberglaw.com;victor@weissberglaw.com;ro@weissberglaw.com;rakesh@weissberglaw.com;ilan@we
           issberglaw.com;ewa@weissberglaw.com;dev@weissberglaw.com;weissberg401@gmail.com
          Deborah  Kanner Ebner     dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;beckys@deborahebnerlaw.com
           ;admin.assistant@debnertrustee.com
          Deborah  Kanner Ebner    on behalf of Trustee Deborah  Kanner Ebner dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;beckys@deborahebnerlaw.com
           ;admin.assistant@debnertrustee.com
          Jeffrey W Finke    on behalf of Creditor   Albany Bank and Trust Company, N.A.
           jwfinke@mindspring.com
          Josephine J Miceli    on behalf of Creditor   Green Tree Servicing, LLC Jo@johnsonblumberg.com
          Kenneth W Bach    on behalf of Creditor   Green Tree Servicing, LLC kennethb@johnsonblumberg.com,
           bkecfnotices@johnsonblumberg.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```