UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division DIVISION

In re: RAVAGO, JOSEPH SHUN § Case No. 12-40469
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Deborah Ebner, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $243,024.85 | Assets Exempt: | $22,400.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $9,486.16 | Claims Discharged Without Payment: | $1,486,940.47 |
| Total Expenses of Administration: | $10,513.84 | | |

3) Total gross receipts of $20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $10,513.84 | $10,513.84 | $10,513.84 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $52,168.50 | $51,098.58 | $51,098.58 | $9,486.16 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,756,099.15 | $412,782.55 | $412,782.55 | $0.00 |
| **TOTAL DISBURSEMENTS** | $1,808,267.65 | $474,394.97 | $474,394.97 | $20,000.00 |

4) This case was originally filed under chapter 7 on 10/11/2012.  The case was pending for 42 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/04/2016              By: /s/ Deborah  Ebner
                                                    Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Joseph Shun Ravago d/b/a Ravago & Associates LLC (sole member) | 1129-000 | $20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$20,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER, Trustee | 2100-000 | NA | $2,750.00 | $2,750.00 | $2,750.00 |
| DEBORAH K. EBNER, Trustee | 2200-000 | NA | $243.22 | $243.22 | $243.22 |
| Deborah K. Ebner, ESQ. | 3110-000 | NA | $6,083.00 | $6,083.00 | $6,083.00 |
| Rabobank, N.A. | 2600-000 | NA | $68.62 | $68.62 | $68.62 |
| Illinois Department of Revenue | 2810-000 | NA | $333.00 | $333.00 | $333.00 |
| Department of Treasury | 2810-000 | NA | $86.00 | $86.00 | $86.00 |
| Popowcer Katten | 3410-000 | NA | $950.00 | $950.00 | $950.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$0.00** | **$10,513.84** | **$10,513.84** | **$10,513.84** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Illinois Department of Revenue | 5800-000 | $2,085.00 | $2,584.24 | $2,584.24 | $479.75 |
| 9P-3 | INTERNAL REVENUE SERVICE | 5800-000 | $22,040.72 | $48,514.34 | $48,514.34 | $9,006.41 |
| N/F | Illinois Department of Revenue | 5800-000 | $1,706.00 | NA | NA | NA |
| N/F | Internal Revenue Service Centralized Insolvency Operations | 5800-000 | $9,208.35 | NA | NA | NA |
| N/F | Illinois Department of Revenue | 5800-000 | $1,445.00 | NA | NA | NA |
| N/F | Internal Revenue Service Centralized Insolvency Operations | 5800-000 | $2,365.43 | NA | NA | NA |
| N/F | Illinois Department of Revenue | 5800-000 | $228.00 | NA | NA | NA |
| N/F | Internal Revenue Service Centralized Insolvency Operations | 5800-000 | $4,215.00 | NA | NA | NA |
| N/F | Note | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Internal Revenue Service Centralized Insolvency Operations | 5800-000 | $8,494.00 | NA | NA | NA |
| N/F | Illinois Department of Revenue | 5800-000 | $381.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$52,168.50** | **$51,098.58** | **$51,098.58** | **$9,486.16** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | Albany Bank & Trust Company N.A. | 7100-000 | $529,929.00 | $246,240.98 | $246,240.98 | $0.00 |
| 2U | Illinois Department of Revenue | 7100-000 | $1,821.00 | $10,447.60 | $10,447.60 | $0.00 |
| 3 | BMW Bank of North America, Inc | 7100-000 | $52,413.27 | $4,927.54 | $4,927.54 | $0.00 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | $3,578.01 | $4,913.96 | $4,913.96 | $0.00 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | $484.12 | $394.90 | $394.90 | $0.00 |
| 6 | Howard & Howard Attorneys PLLC | 7100-000 | $70,000.00 | $96,407.37 | $96,407.37 | $0.00 |
| 7 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $7,338.02 | $6,918.87 | $6,918.87 | $0.00 |
| 8 | Dell Financial Services, LLC | 7100-000 | $2,500.00 | $1,379.32 | $1,379.32 | $0.00 |
| 9U-3 | INTERNAL REVENUE SERVICE | 7200-000 | $13,877.81 | $41,152.01 | $41,152.01 | $0.00 |
| N/F | T-Mobile | 7100-000 | $600.00 | NA | NA | $0.00 |
| N/F | Bank of America | 7100-000 | $42,891.00 | NA | NA | $0.00 |
| N/F | Albany Bank & Trust | 7100-000 | $54,670.00 | NA | NA | $0.00 |
| N/F | Bloomingdales c/o Dept. Stores National Bank | 7100-000 | $2,457.61 | NA | NA | $0.00 |
| N/F | Credit One Bank c/o Bay Area Credit Service, LLC | 7100-000 | $26.00 | NA | NA | $0.00 |
| N/F | Denise Sobilo c/o Julie Ann Boynton, Esq. | 7100-000 | $282,616.20 | NA | NA | $0.00 |
| N/F | Chase (Washington Mutual) | 7100-000 | $346,422.00 | NA | NA | $0.00 |
| N/F | Best Buy c/o HSBC Retail Services | 7100-000 | $2,912.67 | NA | NA | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Target National Bank | 7100-000 | $183.22 | NA | NA | $0.00 |
| N/F | HomeQ Servicing | 7100-000 | $129,312.00 | NA | NA | $0.00 |
| N/F | American Express c/o FIA Card Servi c/o FIA Card Services | 7100-000 | $9,659.40 | NA | NA | $0.00 |
| N/F | Countrywide Home Loans | 7100-000 | $161,816.00 | NA | NA | $0.00 |
| N/F | Macy's c/o Dept. Stores National Bank | 7100-000 | $2,249.10 | NA | NA | $0.00 |
| N/F | Citibank | 7100-000 | $4,000.00 | NA | NA | $0.00 |
| N/F | Key Bank AES Graduate & Professional Service | 7100-000 | $34,342.72 | NA | NA | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,756,099.15** | **$412,782.55** | **$412,782.55** | **$0.00** |

Exhibit 8

## Form 1

### Individual Estate Property Record and Report

### Asset Cases

Page: 1

Case No.: 12-40469  
Case Name: RAVAGO, JOSEPH SHUN  
For Period Ending: 04/04/2016

Trustee Name: (330480) Deborah Ebner  
Date Filed (f) or Converted (c): 10/11/2012 (f)  
§ 341(a) Meeting Date: 12/05/2012  
Claims Bar Date: 05/09/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 9404 North Oliphant, Morton Grove, IL 60053 | 231,896.00 | 0.00 | OA | 0.00 | FA |
| 2 | Cash on hand (approx.) | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Citibank checking account (approx.) | 90.00 | 0.00 | | 0.00 | FA |
| 4 | Harris Bank checking account #XXXXXX3575 (approx | 10.00 | 0.00 | | 0.00 | FA |
| 5 | Indiana University Credit Union checking account | 5.00 | 0.00 | | 0.00 | FA |
| 6 | Custodial Savings Account for Alexander Joseph R | 249.00 | 0.00 | | 0.00 | FA |
| 7 | Miscellaneous household goods (approx.) | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | Necessary wearing apparel (approx.) | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | Watch (approx.) | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Bicycle (approx.) | 500.00 | 0.00 | | 0.00 | FA |
| 11 | Lincoln Benefit Insurance Policy No. XXXXXXX1762 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | AIG Life Insurance Policy No. XXXXXXX2848 | 0.00 | 0.00 | | 0.00 | FA |
| 13* | Interests in an education IRA as defined in 26 U<br>Not on current schedules (See Footnote) | 3,068.85 | 0.00 | | 0.00 | FA |
| 14 | Joseph Shun Ravago d/b/a Ravago & Associates LLC (sole member)<br>Not on current schedules | 18,573.47 | 20,000.00 | | 20,000.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

Case No.:  12-40469  
Case Name:  RAVAGO, JOSEPH SHUN  
For Period Ending:  04/04/2016

Trustee Name:  (330480) Deborah Ebner  
Date Filed (f) or Converted (c):  10/11/2012 (f)  
§ 341(a) Meeting Date:  12/05/2012  
Claims Bar Date:  05/09/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | Law & RE Broker Licenses, CPA & Loan Officer Certifications | 0.00 | 0.00 | | 0.00 | FA |
| 16* | Seven Realty, Inc. (sole shareholder) (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 17 | 1999 Honda Prelude - 195,000 miles (approx.) | 3,056.00 | 656.00 | | 0.00 | FA |
| 18 | MB Financial Checking Account (approx.) (u) | 375.00 | 0.00 | | 0.00 | FA |
| 19 | Joseph S. Ravago Revocable Living Trust (u) | 0.00 | 0.00 | | 0.00 | FA |
| 20 | VOID<br>DUPLICATE ASSET | VOID | VOID | VOID | VOID | VOID |
| 21 | VOID<br>DUPLICATE ASSET | VOID | VOID | VOID | VOID | VOID |
| 22 | VOID<br>DUPLICATE ASSET | VOID | VOID | VOID | VOID | VOID |
| 23 | VOID (u)<br>DUPLICATE ASSET | VOID | VOID | VOID | VOID | VOID |
| 24 | VOID<br>DUPLICATE ASSET | VOID | VOID | VOID | VOID | VOID |
| 25 | VOID (u)<br>DUPLICATE ASSET | VOID | VOID | VOID | VOID | VOID |
| 26 | VOID<br>DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 27 | VOID<br>DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TDR ( 10 /1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 3

| Case No.: | 12-40469 | Trustee Name: | (330480) Deborah Ebner |
| Case Name: | RAVAGO, JOSEPH SHUN | Date Filed (f) or Converted (c): | 10/11/2012 (f) |
| | | § 341(a) Meeting Date: | 12/05/2012 |
| For Period Ending: | 04/04/2016 | Claims Bar Date: | 05/09/2013 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | VOID<br>DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 29 | VOID<br>DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 30 | VOID<br>DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 31 | ING Life Term Insurance Policy No. XXXXXXX7036 ( (u)<br>DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 32 | Ravago & Associates LLC (dissolved; sole member) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 33 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 34 | VOID<br>DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 35 | VOID<br>DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 36 | VOID<br>DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 36 | Assets     Totals     (Excluding unknown values) | **$261,223.32** | **$20,656.00** | | **$20,000.00** | **$0.00** |

RE PROP# 13     Citibank Simplified Employee Pension

RE PROP# 16     Seven Realty Inc. (sole shareholder)

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 4

| | |
|---|---|
| **Case No.:** 12-40469 | **Trustee Name:** (330480) Deborah Ebner |
| **Case Name:** RAVAGO, JOSEPH SHUN | **Date Filed (f) or Converted (c):** 10/11/2012 (f) |
| | **§ 341(a) Meeting Date:** 12/05/2012 |
| **For Period Ending:** 04/04/2016 | **Claims Bar Date:** 05/09/2013 |

**Major Activities Affecting Case Closing:**

On October 24, 2015, - Debtor issued payment to Trustee in the amount of $20,000.00, which amount was due no later than October 2015. Funds were deposited. Trustee has moved to retain an accountant, since the estate is obligated to pay taxes on the referenced deposit, and this case will be promptly closed.
6/22/15 email to atty to check status of payment likelihood
2/22/15 email to atty to check status of payment likelihood

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/31/2018 | **Current Projected Date Of Final Report (TFR):** 01/28/2016 (Actual) |

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9

Page: 5

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 12-40469 | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | RAVAGO, JOSEPH SHUN | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2040 | Account #: | ******1866 Checking Account |
| For Period Ending: | 04/04/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/24/2015 | {14} | Christopher S. Bern | | 1129-000 | 20,000.00 | | 20,000.00 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 19,990.00 |
| 11/17/2015 | 101 | Department of Treasury | | 2810-000 | | 86.00 | 19,904.00 |
| 11/17/2015 | 102 | Illinois Department of Revenue | | 2810-000 | | 333.00 | 19,571.00 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.70 | 19,543.30 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.92 | 19,512.38 |
| 03/22/2016 | 103 | Popowcer Katten | Dividend paid 100.00% on $950.00 \| Claim # ADMIN \| Filed: $950.00 Voided on 03/22/2016 | 3410-000 | | 950.00 | 18,562.38 |
| 03/22/2016 | 103 | Popowcer Katten | Dividend paid 100.00% on $950.00 \| Claim # ADMIN \| Filed: $950.00 Voided: check issued on 03/22/2016 | 3410-000 | | -950.00 | 19,512.38 |
| 03/22/2016 | 104 | Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $6,083.00 \| Claim # ADMIN \| Filed: $6,083.00 Voided on 03/22/2016 | 3110-000 | | 6,083.00 | 13,429.38 |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                           ! - transaction has not been cleared

Exhibit 9

Page: 6

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 12-40469 | Trustee Name: | Deborah Ebner (330480) |
| --- | --- | --- | --- |
| Case Name: | RAVAGO, JOSEPH SHUN | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2040 | Account #: | ******1866 Checking Account |
| For Period Ending: | 04/04/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/22/2016 | 104 | Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $6,083.00 \| Claim # ADMIN \| Filed: $6,083.00 Voided: check issued on 03/22/2016 | 3110-000 | | -6,083.00 | 19,512.38 |
| 03/22/2016 | 105 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $2,750.00 \| Claim # FEE \| Filed: $2,750.00 Voided on 03/22/2016 | 2100-000 | | 2,750.00 | 16,762.38 |
| 03/22/2016 | 105 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $2,750.00 \| Claim # FEE \| Filed: $2,750.00 Voided: check issued on 03/22/2016 | 2100-000 | | -2,750.00 | 19,512.38 |
| 03/22/2016 | 106 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $243.22 \| Claim # TE \| Filed: $243.22 Voided on 03/22/2016 | 2200-000 | | 243.22 | 19,269.16 |
| 03/22/2016 | 106 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $243.22 \| Claim # TE \| Filed: $243.22 Voided: check issued on 03/22/2016 | 2200-000 | | -243.22 | 19,512.38 |
| 03/22/2016 | 107 | Illinois Department of Revenue | Dividend paid 18.56% on $2,584.24 \| Claim # 2P \| Filed: $2,584.24 Voided on 03/22/2016 | 5800-000 | | 479.75 | 19,032.63 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Case 12-40469    Doc 118    Filed 04/25/16    Entered 04/25/16 14:59:20    Desc Main
                 Document      Page 14 of 16

Exhibit 9

## Form 2

## Cash Receipts And Disbursements Record

Page: 7

| Case No.: | 12-40469 | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | RAVAGO, JOSEPH SHUN | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2040 | Account #: | ******1866 Checking Account |
| For Period Ending: | 04/04/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/22/2016 | 107 | Illinois Department of Revenue | Dividend paid 18.56% on $2,584.24 \| Claim # 2P \| Filed: $2,584.24 Voided: check issued on 03/22/2016 | 5800-000 | | -479.75 | 19,512.38 |
| 03/22/2016 | 108 | INTERNAL REVENUE SERVICE | Dividend paid 18.56% on $48,514.34 \| Claim # 9P-3 \| Filed: $48,514.34 Voided on 03/22/2016 | 5800-000 | | 9,006.41 | 10,505.97 |
| 03/22/2016 | 108 | INTERNAL REVENUE SERVICE | Dividend paid 18.56% on $48,514.34 \| Claim # 9P-3 \| Filed: $48,514.34 Voided: check issued on 03/22/2016 | 5800-000 | | -9,006.41 | 19,512.38 |
| 03/23/2016 | 109 | Popowcer Katten | Dividend paid 100.00% on $950.00 \| Claim # ADMIN \| Filed: $950.00 | 3410-000 | | 950.00 | 18,562.38 |
| 03/23/2016 | 110 | Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $6,083.00 \| Claim # ADMIN \| Filed: $6,083.00 | 3110-000 | | 6,083.00 | 12,479.38 |
| 03/23/2016 | 111 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $2,750.00 \| Claim # FEE \| Filed: $2,750.00 | 2100-000 | | 2,750.00 | 9,729.38 |
| 03/23/2016 | 112 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $243.22 \| Claim # TE \| Filed: $243.22 | 2200-000 | | 243.22 | 9,486.16 |

{} Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)                                  ! - transaction has not been cleared

Exhibit 9

## Form 2

Page: 8

## Cash Receipts And Disbursements Record

| Case No.: | 12-40469 | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | RAVAGO, JOSEPH SHUN | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2040 | Account #: | ******1866 Checking Account |
| For Period Ending: | 04/04/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/23/2016 | 113 | Illinois Department of Revenue | Dividend paid 18.56% on $2,584.24 \| Claim # 2P \| Filed: $2,584.24 | 5800-000 |  | 479.75 | 9,006.41 |
| 03/23/2016 | 114 | INTERNAL REVENUE SERVICE | Dividend paid 18.56% on $48,514.34 \| Claim # 9P-3 \| Filed: $48,514.34 | 5800-000 |  | 9,006.41 | 0.00 |
|  |  |  | **COLUMN TOTALS** |  | 20,000.00 | 20,000.00 | $0.00 |
|  |  |  | Less: Bank Transfers/CDs |  | 0.00 | 0.00 |  |
|  |  |  | **Subtotal** |  | 20,000.00 | 20,000.00 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | $20,000.00 | $20,000.00 |  |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

| | | |
|---|---|---|
| | | Exhibit 9 |
| **Form 2** | | Page: 9 |

# Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 12-40469 | | **Trustee Name:** | Deborah Ebner (330480) |
| **Case Name:** | RAVAGO, JOSEPH SHUN | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***2040 | | **Account #:** | ******1866 Checking Account |
| **For Period Ending:** | 04/04/2016 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1866 Checking Account | $20,000.00 | $20,000.00 | $0.00 |
| | **$20,000.00** | **$20,000.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)